**Charles EVANS, III, Plaintiff–Appellant,**

v.

**NEBR BEEF; Tony Joy, Nebraska Beef Ltd., Defendants.**

**Nebraska Beef, Ltd., Defendant–Appellee.**

**Ken Bell; Jerry Beninato; Marvin Schreck; Mike Thatcher; James Timmerman; Dolese Tippery; Mario Villarreal; Yas Yokozeki, Defendants.**

No. 14–1673.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2014.

Filed: Nov. 7, 2014.

Charles Evans, III, Council Bluffs, IA, pro se.

Brian J. Brislen, Craig Franklin Martin, Lamson & Dugan, Omaha, NE, for Defendants.

Before BYE, SMITH, and KELLY, Circuit Judges.

PER CURIAM.

Charles Evans appeals the district court's [1] dismissal of his lawsuit against his former employer. After careful review, we conclude that it was proper for the district court to sanction Evans for willfully disregarding an order compelling discovery, and that the court imposed an appropriate sanction by dismissing the action without prejudice, after Evans had been warned of the possibility of dismissal. *See Rodgers v. Curators of Univ. of Missouri*, 135 F.3d 1216, 1219, 1221–22 (8th Cir.1998) (finding of willful disregard of order is reviewed for clear error; selection of sanction is reviewed for abuse of discretion; concluding that district court did not abuse its discretion in dismissing action). We further conclude that the remaining issues raised by Evans on appeal are meritless. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.